# EXHIBIT A

### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **SYLVIA CHRISTINA FLORES,** | § | |
|    **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 04:25-cv-00952** |
| | § | |
| **THE CITY OF KENDLETON,** | § | **JURY DEMANDED** |
| **TEXAS,** | § | |
|    **Defendant.** | § | |

### INDEX OF MATTERS BEING FILED

| EXHIBIT | DATE | DOCUMENT |
|---------|------|----------|
| A-1 | 03/03/2025 | Docket Sheet for Cause No. 25-DCV-325274, *Sylvia Christina Flores v. The City of La Kendleton, Texas*; In the 400th Judicial District Court of Fort Bend County, Texas |
| A-2 | 01/21/2025 | Plaintiff's Original Petition |
| A-3 | 01/30/2025 | Plaintiff's First Amended Original Petition |
| A-4 | 01/30/2025 | Plaintiff's Request for Process (*First Amended Original Petition*) |
| A-5 | 02/10/2025 | Return of process of service |
| A-6 | 03/03/2025 | Defendant City of Kendleton's Answer to Plaintiff's First Amended Original Petition |