# EXHIBIT A-1

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back          Location : Fort Bend  Images Help

# REGISTER OF ACTIONS
## Case No. 25-DCV-325274

| | | |
|---|---|---|
| **Christina Flores v City of Kendlenton, Et. Al.** | § § § § § | Case Type: **Other Civil**<br>Date Filed: **01/21/2025**<br>Location: **400th District Court** |

---

### PARTY INFORMATION

|   |   | Attorneys |
|---|---|---|
| **Defendant or Respondent** | City of Kendleton<br>Kendleton, TX 77451 | |
| **Defendant or Respondent** | The Mayor of the City of Kendleton<br>Kendleton, TX 77451 | |
| **Plaintiff or Petitioner** | Flores, Sylvia Christina | Ken Bryant<br>*Retained*<br>281-344-2299(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | | |
|---|---|---|
| 01/21/2025 | **Petition**   Index # 1<br>  *Original Petition* | |
| 01/30/2025 | **Amended Filing**   Index # 2<br>  *First Amended Original Petition* | |
| 01/30/2025 | **Request**   Index # 3<br>  *Request for Process* | |
| 02/05/2025 | **Issuance**   Index # 4<br>  *Citation Issued to Mayor of City of Kendleton* | |
| 02/05/2025 | Citation<br>  Pct 4<br>    The Mayor of the City of Kendleton        Served        02/07/2025 | |
| 02/10/2025 | **Officers Return**   Index # 5<br>  *Citation Return for Mayor of the City of Kendleton Served 2/7/25* | |

---

### FINANCIAL INFORMATION

**Plaintiff or Petitioner** Flores, Sylvia Christina
Total Financial Assessment                                                                                                                          438.00
Total Payments and Credits                                                                                                                           438.00
**Balance Due as of 03/03/2025**                                                                                                             **0.00**

| | | | | |
|---|---|---|---|---|
| 01/21/2025 | Transaction Assessment | | | 350.00 |
| 01/21/2025 | E-filing | Receipt # 2025-03034-DCLK | Flores, Christina W. | (213.00) |
| 01/21/2025 | State Credit | | | (137.00) |
| 02/03/2025 | Transaction Assessment | | | 88.00 |
| 02/03/2025 | E-filing | Receipt # 2025-05351-DCLK | Flores, Christina | (88.00) |